```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 15 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

HARRY RIVERA,

        Plaintiff,

-against-

C.O. M. STELTZ, C.O. A. BROWN, C.O. M. WRIGHT, and C.O. "JOHN DOES" 1-7,

        Defendants.
-----------------------------------------------------------X

13 CV 7442 (KBF)

WRIT OF
HABEAS CORPUS
AD TESTIFICANDUM

TO:

    WILLIAM J. CONNOLLY, SUPERINTENDENT of Fishkill Correctional Facility, Beacon, New York, or his Assistant; and the DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION of the State of New York; and

    MICHAEL GRECO, UNITED STATES MARSHAL for the Southern District of New York, United States Courthouse, New York, New York, or his Assistant; and

    MAUREEN BAIRD, Warden of the Metropolitan Correctional Center, New York, New York, or her Assistant.

GREETINGS:

    We command that SUPERINTENDENT WILLIAM J. CONNOLLY have the body of HARRY RIVERA, DIN 13 A 3927, presently detained at Fishkill Correctional Facility, Beacon, New York in the custody of the Department of Corrections and Community Supervision, be brought under safe and secure conduct to the Metropolitan Correctional Center, 150 Park Row, New York, New York on or about June 22, 2015, and placed into the temporary custody of Warden MAUREEN BAIRD until the within Writ has been

marked satisfied by the Court; and that Warden MAUREEN BAIRD shall provide such suitable quarters and provide for the safekeeping, care and subsistence of HARRY RIVERA, DIN 13 A 3927, as is necessary until the Writ has been satisfied, and that the UNITED STATES MARSHAL shall, pursuant to 18 USC §3161(d), transport HARRY RIVERA, DIN 13 A 3927, from the Metropolitan Correctional Center to Courtroom 15 A of the United States Courthouse, 500 Pearl Street, New York, New York, on June 23, 2015, by 1:00 P.M., and each day to attend trial commencing on June 29, 2015; and shall return HARRY RIVERA, DIN 13 A 3927, to the Metropolitan Correctional Center at the conclusion of the proceedings each day; and, thereafter, upon satisfaction of the Writ by the Court, that HARRY RIVERA, DIN 13 A 3927, shall be returned under safe and secure custody to Fishkill Correctional Facility, Beacon, New York; and that the Department of Corrections and Community Supervision, the United States Marshal and the United States Bureau of Prisons shall each bear their respective costs of implementation of the terms of this Writ, and it is further

ORDERED, that the UNITED STATES MARSHAL shall provide all necessary security for the custody of HARRY RIVERA, DIN 13 A 3927, for as long as he is in temporary custody of the Court, and it is further

ORDERED that SUPERINTENDENT WILLIAM J. CONNOLLY shall return the body of HARRY RIVERA, DIN 13 A 3927, to Fishkill Correctional Facility after the Writ has been marked satisfied by the Court.

WITNESS:

HON. KATHLEEN B. FORREST, United States District Judge of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, on the 15th day of June 2015.

THE FOREGOING WRIT
ALLOWED, THIS 15th DAY
OF JUNE 2015

_____
HON. ~~KATHLEEN~~ Katherine B. FORREST, U.S.D.J.